IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH TAGGART : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 10-1223 |
| BAC HOME LOANS SERVICING, LP, : | |
| ET AL. : | |

## ORDER

**AND NOW**, this   26th   day of   August  , 2011, upon consideration of Defendants' Motion to Dismiss (ECF No. 7), Plaintiff's Motion for Leave to Amend Complaint (ECF No. 12), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED**. Claims One, Two, Three, Six, Eight, Eleven, Thirteen, Fourteen and Fifteen in Plaintiff's Complaint are **DISMISSED WITH PREJUDICE**. Claims Five, Seven, Nine, Ten and Twelve in Plaintiff's Complaint are **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff's Motion for Leave to Amend Complaint is **GRANTED** in part and **DENIED** in part. Plaintiff's Motion is **GRANTED** as to Claims Five, Seven, Nine, Ten and Twelve in Plaintiff's Complaint. Plaintiff's Motion is **DENIED** as to Claims One, Two, Three, Six, Eight, Eleven, Thirteen, Fourteen and Fifteen in Plaintiff's Complaint.

**IT IS SO ORDERED.**

                                                      **BY THE COURT:**

                                                      **/s/ R. BARCLAY SURRICK, J.**